IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
GALVESTON DIVISION

| | | |
|---|---|---|
| TRACY SMITH | § | |
| | § | |
| | § | CIVIL ACTION NO. 3:21-CV-00292 |
| V. | § | |
| | § | |
| FAMILY DOLLAR STORES OF TEXAS, LLC | § | |

**PLAINTIFF'S ORIGINAL COMPLAINT**

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW, TRACY SMITH, Plaintiff in the above entitled and numbered cause, complaining of and against FAMILY DOLLAR STORES OF TEXAS, LLC, Defendant herein, and for cause of action would respectfully show unto the Court and Jury the following:

**A. PARTIES**

1.  Plaintiff, TRACY SMITH, is an individual who resides in Harris County, Texas.

2.  Defendant, FAMILY DOLLAR STORES OF TEXAS, LLC, is a limited liability company whose sole member is Family Dollar Stores of Ohio, Inc., a corporation whose principal place of business is located in Chesapeake, Virginia. Defendant is doing business in the State of Texas and may be served by and through its registered agent for service of process, Corporation Service Company d/b/a CSC-Lawyers located at 211 E. 7th Street, Suite 620, Austin, Texas 78701.

**B. JURISDICTION AND VENUE**

3.  Jurisdiction in this case is proper in this Court pursuant to 28 U.S.C. § 1332(a) as this case is between citizens of different states, and the amount in controversy exceeds $75,000.00.

4.  Venue is proper in this Judicial District pursuant to 28 U.S.C. § 1391(b), because the wrongful act or omission of Defendant occurred within this Judicial District.

## C. FACTUAL ALLEGATIONS

5. Plaintiff would show that this lawsuit has become necessary as a result of personal injuries, which she sustained on or about June 6, 2021, when she went to the Family Dollar store, owned and/or operated by Defendant, located at 12914 Willow Chase Dr., Houston, Tx 77070. Plaintiff went to said Family Dollar to shop.

6. Plaintiff was inside Family Dollar when she slipped on a liquid detergent that was located on the floor inside the premises while shopping. Family Dollar did not have any wet floor signs nearby when Plaintiff slipped and fell. Due to the fall, Plaintiff suffered injury to her neck, back, right shoulder, and right leg.

## D. CLAIMS FOR RELIEF

### Premises Liability

7. Plaintiff incorporates by reference and re-alleges paragraphs 1 through 6.

8. At the time of the accident made the basis of this suit,

   a. Plaintiff, who entered the Family Dollar for the mutual benefit of both parties, was an invitee on Defendant's premises. As a result, Defendant owed a duty of reasonable care to Plaintiff at the time of the incident made the basis of this suit.

   b. Defendant had actual or constructive knowledge of an unsafe condition on the premises in the form of liquid detergent on the ground of the Family Dollar store visited by Plaintiff;

   c. The unattended liquid detergent in the store posed an unreasonable risk of harm to Plaintiff;

   d. Defendant failed to warn of and failed to eliminate the unreasonable risk of harm;

  e. Defendant's failure to warn of or eliminate the unreasonable risk of harm proximately caused Plaintiff's injuries.

9. Defendant is vicariously liable for the negligent acts and/or omissions of its employees via the doctrine of *respondeat superior*.

10. As a result of said occurrence, Plaintiff suffered continuous pain in her back, neck, right shoulder, and right leg, which resulted in not only physical pain and suffering, but also physical impairment. In all reasonable probability, Plaintiff's physical pain, suffering, and physical impairment will continue indefinitely. Plaintiff has incurred and will incur pharmaceutical and medical expenses in connection with her injuries.

## E. DAMAGES

11. Plaintiff incorporates by reference and re-alleges paragraphs 1 through 10.

12. As a direct and proximate result of Defendant's conduct, Plaintiff suffered the following injuries and damages:

  a. Reasonable and necessary medical expenses in the past, and in all reasonable medical probability, will continue to incur reasonable and necessary medical expenses in the future;

  b. Physical pain and suffering in the past, and in all reasonable medical probability, will continue to endure physical pain and suffering in the future;

  c. Physical impairment in the past and, in all reasonable medical probability, will continue to suffer physical impairment into the future; and

  d. Loss of earning capacity.

## F. JURY DEMAND

13. Plaintiff demands a trial by jury. A jury fee is being paid contemporaneously with the filing of this Complaint.

## G.  PRAYER

WHEREFORE, PREMISES CONSIDERED, Plaintiff, TRACY SMITH, prays that, after trial on the merits, she have judgment against Defendant, FAMILY DOLLAR STORES OF TEXAS, LLC for the following:

    a.    Sum in excess of the minimum jurisdictional limits of this Honorable Court;
    b.    Actual damages;
    c.    Pre-judgment interest and post-judgment interest at the maximum legal rate;
    d.    Costs of court; and
    e.    Any and all further relief, be it general or special, at law or in equity, to which Plaintiff may show herself justly entitled.

Respectfully submitted,

KOLODNY LAW FIRM, PLLC

_____
Alan Kolodny
S.D. Tex.: 1267978
State Bar of Texas: 24056882
Attorney-in-Charge
Rashon Murrill
S.D. Tex.: 3323268
State Bar of Texas: 24110622
1011 Augusta Dr., Suite 111
Houston, Texas 77057
Telephone: (713) 532-4474
Facsimile: (713) 785-0597
Email: akolodny@fko-law.com
Email: rmurrill@fko-law.com

**ATTORNEYS FOR PLAINTIFF
TRACY SMITH**