United States District Court
Southern District of Texas
**ENTERED**
January 23, 2023
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
GALVESTON DIVISION

| | |
|---|---|
| TRACY SMITH, § § § Plaintiff, § VS. § FAMILY DOLLAR STORES OF § TEXAS, LLC, § § Defendant. § | CIVIL ACTION NO. 3:21-CV-292 |

## STIPULATED DISMISSAL

On January 18, 2023, the parties filed a Joint Stipulation of Dismissal with prejudice pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure. Dkt. 25.

Accordingly, it is hereby **ORDERED** that all claims asserted by any party in the above-captioned lawsuit are hereby **DISMISSED WITH PREJUDICE** to their being re-filed. Each party shall bear its own attorneys' fees and costs. Any pending motions are hereby denied as moot.

Signed on Galveston Island this 23rd day of January, 2023.

_____
JEFFREY VINCENT BROWN
UNITED STATES DISTRICT JUDGE